UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERRY FRY, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>    Defendant. | CIVIL ACTION NO. 1:23-CV-01782<br><br>(MEHALCHICK, J.) |

## ORDER

**AND NOW**, this 27th day of March, 2025, for the reasons set forth in the Memorandum filed concurrently with this Order, it is **HEREBY ORDERED** that AHM's motion to compel Plaintiff Fry to arbitrate her claims and stay this action is **GRANTED**. (Doc. 28). Plaintiff Fry is **COMPELLED** to arbitrate her claims with AHM. This matter is **STAYED** and AHM's motion to dismiss will be held in **ABEYANCE** until the resolution of the arbitration proceedings. (Doc. 17).

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**